IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:96CR3043 |
| ) | |
| PORSHA R. TURNER MAYER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's unopposed motion to continue the January 18, 2008, revocation hearing in this case until a date and time certain for not less than 60 days, filing 159. The Court, being fully advised in the premises, and noting that the Government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of March, 2008, at 12:00 noon. The Defendant is ordered to appear at such time.

January 11, 2008.                              BY THE COURT:

                                               s/ Richard G. Kopf
                                               United States District Judge