IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PORSHA R. TURNER MAYER,<br><br>Defendant. | Case No.  4:96CR3043 |

## ORDER

THIS MATTER comes before the Court on Defendant's unopposed motion to continue the March 20, 2008, revocation hearing in this case until a date and time certain for not less than 90 days, filing 161.  The Court, being fully advised in the premises, and noting that the Government and the probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 19th day of June, 2008, at 1:00 p.m.  The Defendant is ordered to appear at such time.

Dated this 18th day of March, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge